UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>MELVIN DEPAUL HOWARD,<br><br>          Defendant. | CASE NO. 5:25-MJ-00002-CDB<br><br>**UNSEALING ORDER** |

In light of Defendant's pending Initial Appearance on an Out of District Supervised Release Petition (Central District of California) in the Eastern District of California, and good cause appearing, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **January 2, 2025**                                     _____
                                                              UNITED STATES MAGISTRATE JUDGE